*A. C. Downey*, for appellant.

---

CRIST *v.* GLIDEWELL.

APPEAL from the *Franklin* Common Pleas.

GREGORY, J.—*Glidewell* sued *Crist* before a justice of the peace for an injury done to the hogs of the former by the dogs of the latter. The defendant appeared, and on trial the

justice rendered judgment against the defendant for $28. He appealed to the Common Pleas Court. The case was tried by a jury; verdict and judgment against the defendant for $15. The appellant moved the court below to tax the costs of the appeal, including the costs which accrued in the Common Pleas Court, to the plaintiff, on the ground that the judgment of the justice had been reduced five dollars and upwards. The court overruled the motion, and rendered judgment for full costs. This was error. *Robinson* v. *Skipworth*, 23 Ind. 311. 2 G. & H., § 70, p. 597.

The judgment for costs is reversed, with costs, and the cause remanded to said court, with directions to render judgment in accordance with this opinion.

*T. B. Adams* and *F. Berry*, for appellant.

*H. C. Hanna*, for appellee.